# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN RUSCHELL, | Case No.: 2:18-cv-01662-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 11) |
| VERIZON WIRELESS SERVICES, LLC, *et al*., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Experian Information Solutions, Inc.'s notice of settlement. Docket No. 11. The Court **ORDERS** these parties to file a stipulation of dismissal no later than February 20, 2019.

IT IS SO ORDERED.

Dated: December 20, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge